# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:20-CR-24 |
| | ) | |
| CRISTA DAY | ) | |

## O R D E R

Magistrate Judge C. Clifford Shirley filed a Report and Recommendation recommending the Court: (1) find that the plea hearing in this case could not be further delayed without serious harm to the interests of justice (2) accept Defendant's plea of guilty to the lesser included offense of Count One of the Indictment, that is, of conspiracy to distribute five (5) grams or more of methamphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(B) and adjudicate Defendant guilty of that charge; and (3) find Defendant shall remain in custody until sentencing in this matter [Doc. 56]. Neither party filed a timely objection to the Report and Recommendation. After reviewing the record, the Court agrees with the Magistrate Judge's Report and Recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation [Doc. 56] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) As set forth on the record, Defendant's plea hearing could not be further delayed without serious harm to the interests of justice.

(1) Defendant's plea of guilty to the lesser included offense of Count One of the Indictment, that is, of conspiracy to distribute five (5) grams or more of methamphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(B) is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the lesser included offense of Count One of the Indictment, that is, of conspiracy to distribute five (5) grams or more of methamphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(B);

(3) Defendant **SHALL REMAIN IN CUSTODY** until sentencing in this matter.

**SO ORDERED.**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**